# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-1221

_____

| | | |
|---|---|---|
| Titan Wheel Corp. of Iowa, | * | |
| Walcott Iowa, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the Southern |
| v. | * | District of Iowa. |
| | * | |
| United States Environmental | * | [UNPUBLISHED] |
| Protection Agency, | * | |
| | * | |
| Appellee. | * | |

_____

Submitted: November 17, 2004
Filed: November 23, 2004

_____

Before WOLLMAN, HEANEY, and FAGG, Circuit Judges.

_____

PER CURIAM.

Titan Wheel Corp. of Iowa appeals from the district court's[*] adverse grant of summary judgment in its action challenging a United States Environmental Protection Agency penalty for violations of the Resource Conservation and Recovery Act. Having carefully reviewed the record and the parties' briefs and having considered their arguments, we conclude the district court's decision is clearly correct, and the

_____

[*]The Honorable James E. Gritzner, United States District Judge for the Southern District of Iowa.

issues do not warrant a comprehensive opinion.  Finding no reversible error, we affirm for the reasons stated in the district court's order.  <u>See</u> 8th Cir. R. 47B.

_____